TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00342-CV

Owens-Corning Fiberglas Corporation, Appellant

v.

Everett Jacob Broadway and Sandra L. Broadway, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 93-08008, HONORABLE PETER M. LOWRY, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Appeal Dismissed on Joint Motion

Filed: January 16, 1997

Do Not Publish